# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10114

_____

BRIONTE MCCORKLE,
GEORGIA CONSERVATION VOTERS EDUCATION FUND, INC.,
GEORGIA WAND EDUCATION FUND, INC.,

                                                  Plaintiffs-Appellants,

*versus*

SECRETARY OF STATE FOR THE STATEOF GEORGIA,

                                                  Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-03137-WMR

2					Order of the Court					25-10114

_____

ORDER:

Appellants' motion to expedite this case is GRANTED. The Clerk's Office is DIRECTED to place this appeal on the next available oral argument calendar with a vacancy.

Appellants' request for summary reversal will be addressed separately.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE