# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **Brionté McCorkle**, et al., | Appeal No. 25-10114 |
| Plaintiffs-Appellants, | |
| vs. | **Stipulation of Dismissal** |
| **Secretary of State for the State of Georgia**, | |
| Defendant-Appellee. | |

## McCorkle v. Secretary of State for the State of Georgia
## 25-10114-H

### Certificate of Interested Persons and
### Corporate Disclosure Statement

I certify that the following persons and entities have or may

have an interest in the outcome of this case:

Akin & Tate, PC

Carr, Christopher

Clark Hill PLC

Georgia Conservation Voters Education Fund, Inc.

Georgia WAND Education Fund, Inc.

Jacoutot, Bryan Francis

LaRoss, Diane Festin

McCorkle, Brionté

Mullinax, Zachary

O'Kelley, Elijah J.

Petrany, Stephen

Raffensperger, Brad

C-1 of 2

**McCorkle v. Secretary of State for the State of Georgia
25-10114-H**

Ray II, William

Sells, Bryan L.

Tate, Samuel Lester III

The Election Law Group

The Law Office of Bryan L. Sells, LLC

Tyson, Bryan P.

Webb, Bryan

Young, Elizabeth

     I further certify that neither Georgia Conservation Voters Education Fund, Inc. nor Georgia WAND Education Fund, Inc. has a parent company and that no publicly held corporation owns 10 percent or more of their stock.

**/s/ Bryan L. Sells**
Attorney for the Appellants
September 1, 2025

         C-2 of 2

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the undersigned, who are all of the parties to this appeal, stipulate and agree that this appeal be dismissed.

The undersigned further stipulate and agree that the Appellants will pay the Appellees' costs on appeal in the amount of $38.00.

Dated: September 1, 2025

**/s/ Bryan L. Sells**
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

Samuel Lester Tate, III
Georgia Bar No. 698835
Akin & Tate, PC
Post Office Box 878
11 South Public Square
Cartersville, Georgia 30120
(770) 382-0780
lester@akin-tate.com

*Attorneys for the Appellants*

4

**/s/ Stephen J. Petrany**

Christopher M. Carr
  Attorney General of Georgia
Stephen J. Petrany
  Solicitor General
Elijah J. O'Kelley
  Deputy Solicitor General

Office of the Georgia
Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov


Bryan P. Tyson
Bryan F. Jacoutot
Diane F. LaRoss
  Special Asst. Attys. General

Clark Hill PLC
3630 Peachtree Rd. NE
Ste. 550
Atlanta, Georgia 30326

*Attorneys for the Appellees*

## Certificate of Compliance

This document also complies with the typeface and type-style requirements of Rule 32(a)(5) and (6) because it has been prepared in 14-point Century Schoolbook font using Microsoft Word for Mac.

**/s/ Bryan L. Sells**
Attorney for the Appellants
September 1, 2025